```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0087--CR (RRB)
                            "USA V DWAYNE DOLLISON JR ET AL"
                              DEF 1.1 DOLLISION, DWAYNE JR

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/21/05
            Closed: NO
No. of Defendants: 2
   MJ Case Number: A05-0155--MJ
               AKA:
  Location status: U.S. Custody
        Trial date: 12/09/05
        Terminated: NO
Needs interpreter: NO
Counsel of record: Allan D. Beiswenger
                   1101 W. 7th Avenue
                   Anchorage, AK 99501
                   907-868-1280
                   FAX 907-258-6419
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Kevin Feldis
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 DOLLISION, DWAYNE JR

Document        Count    Citation and Description                              Disposition
─────────       ─────    ────────────────────────                              ───────────
   1 -   1 IND    1      18:922(g)(1) & 924(a)(2) FLLON IN POSSESSION OF       Pending
                         FIREARM (F)

   1 -   1 IND    3      18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF A     Pending
                         FIREARM (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0087--CR (RRB)
                                   "USA V DWAYNE DOLLISON JR ET AL"
                                DEF 2.1 RENDON-DUARTE, GREGORY ANTHONY

                        Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/21/05
             Closed: NO
 No. of Defendants: 2
    MJ Case Number: A05-0155--MJ
                AKA:
    Location status: U.S. Custody
         Trial date: 12/09/05
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: D. Scott Dattan
                     Law Offices of D. Scott Dattan
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99503
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Kevin Feldis
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 RENDON-DUARTE, GREGORY ANTHONY

 Document          Count     Citation and Description                             Disposition
 ─────────         ─────     ────────────────────────                             ───────────
    1 -   1 IND      2       18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF A    Pending
                             FIREARM (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A05-0087--CR (RRB)
                   "USA V DWAYNE DOLLISON JR ET AL"

                          For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/21/05
            Closed: NO
No. of Defendants: 2


Document #   Filed      Docket text
_____   _____      _____

NOTE -   1   09/21/05   Notation: Proposed trial date setting for arraignment and notice of
                        speedy trial act deadlines forwarded to chambers.

   1 -   1   09/21/05   [Re: DEF 1-2] PLF 1 Indictment.

   2 -   1   09/21/05   [Re: DEF 1-2] RRB Grand Jury Minutes.  No bail set. (Detention per
                        18:3142)  Set for arraignmetn and notify USM.  In Custody.

   3 -   1   09/21/05   [Re: DEF 1-2] Documents 2-22 transferred from: A05-0155 MJ (JDR) TO
                        A05-0087 CR (RRB).

   4 -   1   09/22/05   [Re: DEF 1] JDR Minute Order re Arr set for 9/26/05 at 11:00 a.m. cc:
                        USA, A. Beiswenger, USM, USPO

   5 -   1   09/22/05   [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                        9/21/05); def plead not guilty to Ct 2 of the Indt; def det cont; meet
                        and confer by 9/28/05, ptm's due by 10/7/05; TBJ set for 11/7/05 at 8:30
                        a.m. before Judge Beistline, FPTC set for 11/1/05 at 8:45 a.m.; cc: USA,
                        D.S. Dattan, USM, USPO, JC, Judge Beistline.

   6 -   1   09/22/05   [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet &
                        confer by 9/28/05; PTM's due 10/7/05. cc: USA, D. Dattan

   7 -   1   09/26/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Indt held 9/26/05;
                        ptms due 10/17/05; cnsl advised of trial date 11/7/05; NG to Cts 1&3 of
                        Indt. cc: USA, A. BEISWENGER, USM, USPO, Judge Beistline

   8 -   1   09/26/05   [Re: DEF 1] JDR Order regarding preparation for trial; disc conf set for
                        9/26/05; ptms due 10/17/05. cc: USA, B. BEISWENGER

   9 -   1   09/27/05   [Re: DEF 1-2] RRB Minute Order setting trial by jury for 11/7/05 at 8:30
                        a.m. and FPTC for 11/1/05 at 8:45 a.m.  cc: AUSA, A. BIESWENGER, D.
                        DATTAN, USM, USPO, MJ ROBERTS, JC

  10 -   1   09/29/05   [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

  11 -   1   09/29/05   DEF 2 motion to sever.

  12 -   1   10/17/05   DEF 1 motion to suppress.

  13 -   1   10/17/05   DEF 1 motion to sever.

  14 -   1   10/17/05   DEF 1 motion to continue final prtrial conference and trial for two
                        weeks.

  15 -   1   10/18/05   [Re: DEF 1] JDR Minute Order re evident hrg on motion to suppress (12-1)
                        set for 10/25/05; govt's oppo to mot to suppress due 10/24/05. cc: USA,
                        A. Beiswenger, USM, USPO


ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0087--CR (RRB)
                                "USA V DWAYNE DOLLISON JR ET AL"

                                         For all filing dates


 Document #    Filed      Docket text

   16 -    1   10/18/05   [Re: DEF 1-2] RRB Minute Order hearing on defendant' motion to continue
                          (dkt 14) is set for 10/26/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, A.
                          BEISWENGER, D. DATTAN, USM, USPO, mJ ROBERTS

   17 -    1   10/24/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (12-1).

   18 -    1   10/24/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever (13-1).

   19 -    1   10/24/05   [Re: DEF 2] PLF 1 response to DEF 2 motion to sever (11-1).

   20 -    1   10/25/05   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Evidentiary
                          Hearing on defendant's motion to suppress (DOC #12) (held 10/25/05);
                          this matter Under Advisement written ruling to issue; court directed
                          clerk to order expedited transcript of hearing; w/attached exhibit and
                          witness list.  CC: USA, A. Beiswenger, USM, USPO, Judge Beistline.

   21 -    1   10/26/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Robin Carter] Re: hrg on def's mot
                          to cont FPTC and trial (dkt 14-1) held 10/26/05; granting motion to
                          continue FPTC and trial (14-1); tbj set for 11/7/05 at 8:30 a.m. and
                          fptc set for 11/1/05 at 8:45 a.m. are vacated; tbj set for 12/12/05 at
                          8:30 a.m. in trailing status, fptc set for 12/06/05 at 8:30 a.m.; status
                          hrg set for 11/10/05 at 10:00 a.m.  cc: USA, A. BEISWENGER, S. DATTAN,
                          USM, USPO, JC, MJ ROBERTS

   22 -    1   10/26/05   [Re: DEF 1-2] RRB Minute Order in order to expedite resolution of the
                          motion to sever and the motion to suppress statements, once the initial
                          R&R is filed any objections shall be directed to the trial court for
                          resolution. cc: AUSA, A. Beiswenger, S. Dattan, MJ Roberts

   23 -    1   10/26/05   Initial R&R re: DEF 1 motion to sever (13-1); Recommended be denied;
                          Objections due NOON 10/31/05. Reply due NOON 11/04/05. cc: USA, A.
                          Beiswenger, Judge Beistline

   24 -    1   10/27/05   {SEALED}

   24 -    2   10/27/05   {SEALED}

   25 -    1   11/01/05   [Re: DEF 1] Transcript of Evidentiary Hearing on Defendant's Motion to
                          Suppress (Docket #12)(held 10/25/05).

   11 -    2   11/03/05   [Re: DEF 2] RRB Order granting motion to sever (11-1).  cc: AUSA, A.
                          BEISWENGER, A. DAYAN, MJ ROBERTS

   26 -    1   11/03/05   [Re: DEF 1-2] RRB Minute Order denying motion to sever (13-1). cc: AUSA,
                          A. BEISWENGER, A. DAYAN, MJ ROBERTS

   27 -    1   11/04/05   Initial R&R re: DEF 1 motion to suppress (12-1); object's, if any, to be
                          fld directly w/the district judge. cc: USA, A. Beiswenger, Judge
                          Beistline

   28 -    1   11/10/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Robin Carter] Re: stat hrg held
                          11/10/05; govt objs to initial R&R due 11/15/05; reply due 11/22/05; tbj
                          set for 12/12/05 at 8:30 a.m. and fptc set for 12/6/05 at 8:30 a.m. are
                          vacated; tbj for D-1 set for 12/09/05 at 8:30 a.m. in trailing status;
                          fptc set for 12/2/05 at 8:30 a.m. for both defs.  cc: USA, A.
                          BEISWENGER, S. DATTAN, JC, USM, USPO, MJ ROBERTS
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0087--CR (RRB)
                              "USA V DWAYNE DOLLISON JR ET AL"

                                     For all filing dates


Document #    Filed      Docket text

    29 -   1  11/14/05   [Re: DEF 1] PLF 1 objection to R&R re: DEF 1 motion to suppress (12-1).

    30 -   1  11/17/05   DEF 2  Proposed Jury Instructions.

    31 -   1  11/22/05   DEF 1 reply to objection to R&R re: DEF 1 motion to suppress (12-1).

    32 -   1  11/23/05   [Re: DEF 1] PLF 1 reply in support of its objections to R&R re: DEF 1
                         mot to suppress (12-1).
```