Law Office of Tim Dooley
921 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 279-7327 - phone
(907) 258-0801 - fax
Co-counsel for the plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>DWAYNE DOLLISON, JR. and<br>**GREGORY ANTHONY RENDON-DUARTE,**<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) A05-087 CR (RRB)<br>) |

**ENTRY OF APPEARANCE**

Tim Dooley hereby enters his appearance as co-counsel of record for defendant Gregory Anthony Rendon-Duarte, and requests that copies of all pleadings filed in this litigation continue to be served only on Mr. D. Scott Dattan.

Dated this _____ day of December, 2005 at Anchorage, Alaska.

                                        LAW OFFICE OF TIM DOOLEY

                                        By: _/s/ Tim Dooley_
                                                 Tim Dooley
                                                 Alaska Bar No. 8310114
                                                 Co-counsel for Gregory Anthony Rendon-Duarte

| CERTIFICATE OF SERVICE:<br>I certify that I caused the following persons to be served<br>BY HAND/MAIL/FAX on December 2, 2005.<br><br>s/: _Tim Dooley_<br>Timothy D. Dooley<br>Alaska Bar No. 8310114 | Mr. Kevin R. Feldis<br>Assistant U.S. Attorney<br>Federal Building & U.S. Courthouse<br>222 West Seventh Avenue, #9, Rm 253<br>Anchorage, Alaska 99513-7567<br>(907) 271-5071 – phone<br>ATTORNEY FOR PLAINTIFF | Mr. D. Scott Dattan<br>2600 Denali Street, Suite 460<br>Anchorage, Alaska 99503<br>(907) 276-8008 – phone<br>(907) 278-8571 – fax<br>CO-COUNSEL FOR DEFENDANT |

Law Office of Tim Dooley
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone:(907) 279-7327   Fax:(907) 258-0801