FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 44

LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Gregory Rendon-Duarte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| GREGORY ANTHONY RENDON-DUARTE, | ) ) ) |
| Defendant. | ) ) |
| | ) Case No. A05-0087 CR (RRB) |

**MOTION TO WITHDRAW
ON SHORTENED TIME**

Defendant Gregory Rendon-Duarte, by and through his attorney D. Scott Dattan, hereby moves that undersigned counsel be allowed to withdraw and that Lance Wells be substituted in as counsel. However, as shown in the affidavit filed herewith, Mr. Wells has not been retained and has indicated that he is not available for trial on December 9, 2005.

Dated this 6th day of December, 2005 at Anchorage, Alaska.

LAW OFFICE OF D. SCOTT DATTAN
Attorney for Defendant
Gregory Rendon-Duarte

By: _____
D. Scott Dattan

Page 1 of 2
**USA v RENDON-DUARTE; A05-0087CR (RRB)**
Motion for Withdraw on Shortened Time

Alaska Bar No. 8411111

**CERTIFICATE OF SERVICE**
I hereby certify that true and correct copies of the foregoing MOTION FOR PROTECTIVE ORDER and MEMO was HAND DELIVERED to:

Kevin Feldis
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

Allan Beiswenger
1101 W. 7th Avenue
Anchorage, AK  99501


this 6th day of December, 2005.

_Patty Smith_
Patty Smith