FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 AM 9: 02

TIMOTHY M. BURGESS
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. A05-0087-02 CR (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **UNITED STATES' OPPOSITION** |
| GREGORY RENDON-DUARTE, | ) | **TO MOTION TO WITHDRAW and** |
| | ) | **SUBSTITUTE COUNSEL** |
| Defendant. | ) | |
| | ) | FILED ON SHORTENED TIME |

The United States opposes defendant's motion to withdraw and substitute new counsel on the eve of trial. The request is untimely, will create unnecessary delay that may prejudice the United States, and is not supported by an legal justification.

Trial is scheduled to begin in two days. The defendant has been aware of his trial date for many weeks, and in fact, expressed to the court that he wanted an

44

earlier trial date. As recently as Monday, December 5th, the defendant attended a pre-trial conference in open court. He expressed no concern with his current defense counsel and made no mention of any desire to obtain new counsel. His eleventh hour request to substitute counsel in nothing more than a delay tactic.

Under the law, a District Court's refusal to allow substitution of counsel is reviewed for an abuse of discretion. United States v. Schaff, 948 F.2d 501, 503 (9th Cir. 1991). In ruling on a such a motion, the Court must consider three factors: (1) the timeliness of the motion, (2) the adequacy of the inquiry into the defendant's complaint with his current counsel, and (3) whether the asserted conflict with current counsel has created a total lack of communication such that the defendant is unable to present an adequate defense. Id.

All three of these factors weigh in favor of denying defendant Rendon-Duarte's motion for new counsel. There is no indication that communication has broken down or that the defendant will be unable to present his defense through current counsel. No irreconcilable conflict exists.

The United States is prepared for trial. It has subpoenaed ten witnesses for trial on the current trial date. It will be difficult to reschedule trial at this late hour, and potentially highly prejudicial if government witnesses are unavailable or cannot be served for a future trial date.

The United States respectfully requests that the Court deny defendant's motion without further hearing because no basis to support withdrawal and substitution of counsel has been set forth by the defendant. In the alternative, the United States requests that the Court hold an immediate hearing to address the matter directly with Mr. Rendon-Duarte.

RESPECTFULLY SUBMITTED this 7th day of December, 2005, in Anchorage, Alaska.

> TIMOTHY M. BURGESS
> United States Attorney
>
> *[signature]*
>
> KEVIN FELDIS
> Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing Government's trial brief was sent to the following counsels of record on December 7, 2005, via:

(X) FAX

D. Scott Dattan
2600 Denali St., Suite 460
Anchorage, AK 99503
Fax: 907-278-8571

Executed at Anchorage, Alaska, on December 7, 2005

*[signature]*
Office of the United States Attorney

3