UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  GREGORY RENDON-DUARTE

DATE:  December 7, 2005    CASE NO.  A05-0087 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
AMENDED SCHEDULING HEARING**

---

A hearing on the Motion to Withdraw on Shortened Time will be held on **Thursday, December 8, 2005, at 9:45 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING