TIMOTHY M. BURGESS
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov
AK # 9711060

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-0087-JWS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE IMPOSITION** |
| vs. | ) | **OF SENTENCE** |
| | ) | |
| GREGORY RENDON-DUARTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Filed on Shortened Time |
| | ) | |

COMES NOW, the United States, and moves this Court on shortened time to continue the sentencing hearing for the above captioned defendant, currently scheduled for February 17, 2006.  This motion is made because the undersigned counsel will be out of the country on work related matters on the current date of sentencing.  Because this case went to trial, and because evidence presented at trial

may be relevant to the government's recommendation as to the proper sentence to impose, undersigned believes it is important to be present at the sentencing. A short continuance in the sentencing date is not expected to materially prejudice the defendant. The defendant does not oppose this motion.

Counsel for the defendant, Scott Dattan, will be unavailable February 24-28. Accordingly, the United States requests that the imposition of sentence be continued until a date convenient for the court sometime after March 1, 2006.

RESPECTFULLY SUBMITTED this 20th day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney


s/ Kevin Feldis
KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov
AK #  9711060

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2006,
a copy of the foregoing  was served
electronically on:

Dattan Scott Dattan, Esq.

s/ Kevin Feldis