IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0087-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGORY RENDON-DUARTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States to continue the impositions of sentence in the above-captioned matter, IT IS HEREBY ORDERED that the imposition of sentence will take place on March 13, 2006, at 10:30 a.m./p.m.

**IT IS SO ORDERED.**

DATED this 20 of January, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE