UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   RENDON-DUARTE

DATE:   February 23, 2006       CASE NO.   3:05-CR-0087-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING HEARING**

---

Due to a judicial calendaring conflict, the sentencing scheduled in this matter for March 13, 2006, is **rescheduled** and will now be held on **Tuesday, March 14, 2006, at 1:30 p.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING