LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Gregory Rendon-Duarte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>        Plaintiff,                               )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>GREGORY ANTHONY RENDON-DUARTE,  )<br>                                                            )<br>        Defendant.                          )<br>_____) | Case No. 3:05-cr-0087-2-RRB |

### DEFENDANT'S SENTENCING MEMORANDUM

Defendant Gregory Rendon-Duarte, by and through his attorney D. Scott Dattan, submits this memorandum to assist the court in imposing sentence on March 13, 2006 the court must consider the advisory guideline recommendation as outlined in the Presentence Report dated January 26, 2006. The Court must also consider the other factors in 18 USC 3553(a) in determining a sentence which is "sufficient, but not greater than necessary . . . ."

To that end, the Court should consider the person who stands before the court convicted of being a felon in possession. Mr. Gregory Rendon-Duarte is a 24 year old man who only recently has run into trouble with the law. He doesn't have much education or work experience. In fact, he is one of the prototypically

marginalized members of America's minority and disadvantaged class. His prospects, in terms of the usual "American Dream", are dismal.

The sentence suggested by the Presentence Report, and undoubtedly by the Government as well, will serve no purpose other than warehousing unless it includes a strong component of opportunity: counseling and/or education. Mr. Rendon-Duarte is already alienated from the mainstream. Lengthy incarceration, without more, will only introduce him to the federal prison population and return him to the streets without any prospects other than crime.

In fashioning a sentence in this case, 18 USC 3553(a) requires this court to consider:

> (1)   The nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2)   The need for the sentence imposed;
>
> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>
> (B) to afford adequate deterrence for criminal conduct;
>
> (C) to protect the public from further crimes of the defendant; and
>
> (D) to provide the defendant with need educational or vocational training, medical care, or other correctional treatment in the most effective manner;
>
> . . . .

and, of course, the sentencing guidelines. The Court should sentence Mr. Rendon-Duarte below the bottom of the guideline range because the proposed sentence is

unusually harsh because the firearm was stolen, perhaps by Mr. Dollison who sold it to Mr. Rendon-Duarte.

The other factor which increases the sentence for Mr. Rendon-Duarte is that he is found to be in criminal history category IV which is terribly high for one felony conviction. He is assigned seven criminal history points; three of those because he was on probation (2) and because this offense occurred less than two years after his release from custody (1). Under the circumstances, this calculation does substantially over-represent the seriousness of Mr. Rendon-Duarte's criminal history. Merely dropping one point would place him in category III which would, without anything more, reduce his guideline exposure to 41-51 months.

Such a sentence would be more reasonable in light of subsection (6) of 18 USC 3553 which identifies the "need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct. Given the sentence imposed on Mr. Dollison, such a departure should certainly be considered by this court.

Dated this 6th day of March, 2006 at Anchorage, Alaska.

>s/D. Scott Dattan
> Attorney for Defendant,
> Gregory Rendon-Duarte
> 2600 Denali Street, Suite 460
> Anchorage, Alaska  99503
> Phone:  907-276-8008
> E-Mail:  dattan@alaska.net
> Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the foregoing DEFENDANT'S SENTENCING MEMO were ELECTRONICALLY sent to:

Kevin Feldis
222 W. 7th Ave., #9 Room 253
Anchorage, Alaska  99513-7567

and MAILED TO:

U.S. Probation

this 6th day of March, 2006..

s/D. Scott Dattan