DEBORAH M. SMITH
Acting United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov
AK Bar No.  9711060

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:05-cr-0087-02 (RRB) |
| Plaintiff, | |
| v. | |
| GREGORY RENDON-DUARTE, | UNITED STATES SENTENCING MEMORANDUM |
| Defendant. | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **78 MONTHS**

**SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . . . . . . . . **3 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

Mr. Rendon-Duarte was convicted by a jury of being a felon in possession of two handguns. The United States relies upon the evidence presented at trial in support of its sentencing recommendation. The United States Probation Office ("USPO") has also prepared a presentence investigation report in this case. The United States does not dispute the factual findings the USPO has made.

**I.     GUIDELINE APPLICATIONS**

    **A.     Offenses of Conviction**

The defendant was convicted by a jury of one count of being a felon in possession of two firearms, in violation of 18 U.S.C. § 922(g)(1).

    **B.     Count 1 (felon in possession)**

In 2002, Mr. Rendon-Duarte was convicted of a felony crime of violence, specifically assault in the third degree, for pointing a gun at security guards and threatening to shoot them. Accordingly, United States Sentencing Commission Guideline (U.S.S.G.) § 2K2.1(a)(4)(A) applies and provides a **base offense level of 20.**

    **C.     Specific Offense Characteristic - stolen firearm**

One of the two firearms the defendant illegally possessed was reported stolen at the time he possessed it.

**D.     Acceptance of responsibility**

The defendant was given repeated opportunities to accept responsibility for his crimes prior to trial. Mr. Rendon-Duarte refused and insisted that the United States proceed to trial. Moreover, as the trial testimony of Ms. Fergerson (Mr. Rendon-Duarte's girlfriend) revealed, he sought to obstruct justice by asking her to falsely state the firearms found at his feet were hers. Accordingly, Mr. Rendon-Duarte is <u>not</u> entitled to any downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1.

**E.     Criminal history calculation**

The United States agrees with the United States Probation office that the defendant is correctly placed in **criminal history category IV.**

**II.    SENTENCING RECOMMENDATION**

Based on the United States' conclusion that the defendant has a total adjusted offense level of 22 and because he is in criminal history category IV, the defendant is subject to a **sentencing range of between 63 and 78 months**. The defendant is also subject to a term of three years of supervised release.

Mr. Rendon-Duarte is a repeat offender who represents a very real danger to the community. His criminal convictions, along with his record of arrests and police contacts, show he has a dangerous passion for possessing and

using firearms.  In 2001, he pulled out a handgun, fired shots, and threatened to kill the security guards outside a local nightclub.  In 2002, he was charged with vehicle theft and assault, and ultimately pled guilty to reckless endangerment.  In 2003, he was convicted of providing false information to a police officer.

These convictions are consistent with his arrest record, which shows that Mr. Rendon-Duarte was repeatedly found by police to driving around in cars that contained firearms.  When stopped on several of these occasions he provided a false name, just like in the case at hand.  Evidence of a few of these incidents was introduced at trial, and others were discussed in the United States pre-trial motions and trial brief.

Mr. Rendon-Duarte posits that his criminal history category over-represents his dangerousness.   The United States disagrees.  Mr. Rendon-Duarte has had significant past experience with law enforcement.  He has chosen not to accept responsibility for his actions or modify his behavior.  Even as trial approached in this case Mr. Rendon-Duarte reacted by tampering with a witness and attempting to have his girlfriend take the fall for him.   He has yet to accept responsibility for his actions, and his actions threatened the community around him.

Accordingly, for all the reasons above and presented at trial, and consistent with statutory factors outlined in 18 U.S.C. § 3553, the United States recommends

a sentence of 78 months, followed by three years of supervised release.

RESPECTFULLY SUBMITTED this 7th day of March, 2006 in

Anchorage, Alaska.

                                      DEBORAH M. SMITH
                                      Acting U.S. Attorney

                                      s/ Kevin Feldis
                                      KEVIN FELDIS
                                      Assistant U.S. Attorney
                                      Federal Building & U.S. Courthouse
                                      222 West Seventh Avenue, #9, Room 253
                                      Anchorage, Alaska  99513-7567
                                      Tel: (907) 271-5071
                                      Fax: (907) 271-1500
                                      E-mail: kevin.feldis@usdoj.gov
                                      AK Bar No.  9711060

I declare under penalty of perjury
that a true and correct copy of the
foregoing SENTENCING MEMORANDUM
was sent via electronic notice:

Scott Dattan

United States Probation Office

s/ Kevin Feldis