LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Gregory Rendon-Duarte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GREGORY ANTHONY RENDON-DUARTE, )<br>)<br>Defendant. )<br>_____) | Case No. 3:05-cr-0087-2-RRB |

### SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM

Defendant Gregory Rendon-Duarte, by and through his attorney D. Scott Dattan, submits herewith a letter received from Kris Anderson on behalf of Mr. Rendon-Duarte.

This unsolicited letter echoes some of the statements contained in the Sentencing Memorandum dated March 6th and seems to contradict the bleak outlook for Mr. Rendon-Duarte which is depicted in the Government's Sentencing Memorandum.

Page 1 of 2
USA v  RENDON-DUARTE; 3:05-cr-0087-2-RRB
Supplement to Defendant's Sentencing Memo

Dated this 10th day of March, 2006 at Anchorage, Alaska.

s/D. Scott Dattan
Attorney for Defendant,
Gregory Rendon-Duarte
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net
Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct
copy of the foregoing SUPPLEMENT
TO  DEFENDANT'S SENTENCING
 MEMO  were ELECTRONICALLY  sent to:

Kevin Feldis
222 W. 7th Ave., #9 Room 253
Anchorage, Alaska  99513-7567

and MAILED TO:

U.S. Probation/Pretrial Services Office
222 w. 7TH Avenue, #48 Room 168
Anchorage, Alaska  99513-7562


this 10th  day of  March, 2006..


s/D. Scott Dattan

Page 2 of 2
USA v  RENDON-DUARTE; 3:05-cr-0087-2-RRB
Supplement to Defendant's Sentencing Memo