March 10, 2006

Honorable Ralph R. Beistline
United States of America
Federal Judge
Anchorage, AK 99501

RE: Gregory Anthony Rendon – Duarte

Dear Sir:

Please accept this letter as a character reference and a plea for leniency in the case of Gregory Anthony Rendon – Duarte.

I was present when Gregory was born and I have known and been a friend to the family for many years. I was not happy for the most part, with his upbringing, or with his parent's lack of parenting skills. He got the short end of the stick as far as that goes.

Both parents worked to make ends meet, his father did remote location work and was gone long periods of time. His mother worked mostly night shifts leaving Gregory to fend for himself or in the care of questionable persons.

Gregory did not acquire skills nor education that would prepare him to enter society as a normal adult and at an early age he started to run with some bad influences. This is not to infer that he is washed-up and unworthy of another chance at success. He is.
Inside of Gregory there is a good person who needs help to come out and become a positive contributing member of society.

I know that Gregory is ashamed of his past performances with the judicial system and truly wants to make a change for the better in his life.

He needs counseling and to learn a marketable skill.
It is my hope that the court will take this into consideration when rendering its decision.

Sincerely,

Kris N. Anderson
Friend of the Family
2860 W. 80th
Anchorage, AK 99502
907.793.3672