LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GREGORY ANTHONY RENDON-DUARTE, | ) |
|     Defendant. | ) |
| _____ | ) Case No. 3:05-cr-87-RRB |

**MOTION FOR WITHDRAWAL OF COUNSEL
AND FOR
APPOINTMENT OF SUBSTITUTE COUNSEL FOR APPEAL**

    D. Scott Dattan, CJA counsel for Defendant Gregory Anthony Rendon-Duarte hereby moves to withdraw as counsel pursuant to Circuit Rule 4-1(c).

    The Notice of Appeal and Mr. Rendon-Duarte's affidavit consenting to withdrawal and requesting appointment of substitute counsel are filed herewith. One of Mr. Rendon-Duarte's points on appeal is certain to be his claim of ineffective assistance of counsel. For that reason alone, undersigned counsel respectfully submits that he should be allowed to withdraw.

    Dated this 15th day of March, 2006 in Anchorage, Alaska.

                                        s/D. Scott Dattan
                                        Attorney for Defendant, Ian Judd
                                        2600 Denali Street, Suite 460
                                        Anchorage, Alaska 99503
                                        Phone: 907-276-8008
                                        E-Mail: dattan@alaska.net