LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
    Plaintiff,             )
                               )
vs.                            )
                               )
GREGORY ANTHONY RENDON-DUARTE, )
    Defendant.             )
_____) Case No. A05-0087 CR (RRB)

### AFFIDAVIT OF DEFENDANT

STATE OF ALASKA         )
                        )ss
THIRD JUDICIAL DISTRICT )

Gregory Rendon-Duarte, being first duly sworn upon oath, deposes and states:

1. I am the defendant in this action.

2. I hereby consent to appointed counsel, D. Scott Dattan, being relieved for purposes of appeal and request appointment of substitute counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
**GREGORY RENDON-DUARTE**

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the _15th_ day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-13-09

Page 1 of 1
USA v RENDON-DUARTE; 3:05-cr-0087-RRB
Affidavit of Defendant