LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| GREGORY ANHTONY RENDON-DUARTE,<br>　　　Defendant. | )<br>)<br>) |
| | ) Case No. 3:05-cr-0087-RRB |

### ORDER

Upon motion by the defendant and for good cause shown it is hereby ordered that D. Scott Dattan may withdraw as counsel for defendant. The Federal Public Defender will appoint substitute counsel to pursue defendant's appeal.

DATED: March 18, 2006

　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE