IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
                                   )    U.S.D.C. Case Number
         Plaintiff,        )    3:05-cr-00087-02-RRB
                                   )
vs.                              )
                                   )    NOTICE OF APPEAL
GREGORY ANTHONY RENDON-DUARTE, )
         Defendant.        )

     Notice is hereby given that _GREGORY RENDON-DUARTE_ appeals to the Ninth Circuit Court of Appeals from the:

         (_____)     Conviction only (Fed. R. Crim. P. 32(b)).

         ( X )     Conviction and sentence.

         (_____)     Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: _MARCH 14, 2006_.

Sentence imposed: _70 MONTHS_.

Transcript required (yes or no): _____. If yes, date ordered or to be ordered: _____ (including arrangements for payment with court recorder).

Signature: _[signed]_
Date: _3-14-06_

(Rev 3/06)