LODGED
SEP 0 8 2005

RECEIVED
MAR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. A05-155 MJ (JDR) |
| GREGORY ANTHONY ) | 3:05-cr-00087-02 RRB |
| RENDON-DUARTE, ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| _____ ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of GREGORY ANTHONY

RENDON-DUARTE, by you imprisoned and detained as it is said, at Anchorage

Correctional Center-East, under safe and secure conduct, before the Judge of our

District Court within and for the District of Alaska, at Anchorage, Alaska, for

scheduling an arraignment/initial appearance, and other proceedings as the Court

may desire, thereafter and as necessary in <u>United States v. Gregory Anthony Rendon-Duarte</u>, Case No. A05-155 MJ (JDR), now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 12th day of September, 2005.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK

Writ Returned 3/14/2006
Rendon-Duarte sentenced to
70 mos.

2