UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

RECEIVED
APR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # **06-30200**          U.S. District Court # **3:05-cr-0087-02-RRB**

Short Case Title **U.S.A. v. RENDON-DUARTE**

Date of Notice of Appeal Filed by Clerk of District Court __ **March 14, 2006** __

### Section A – To be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS: |
| 12/09/05 & 12/12/05 | | OTHER: **Trial** |
| 03/14/06 | | **Imposition of Sentence** |

(Attach Additional Page for Designation if Necessary)

( ) As retained counsel I have designated the portion(s) of the transcripts(s) and will notify all counsel of this intention. As retained counsel (or Litigant proceeding in pro per), I request a coy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed A0-435, Transcript Order Form, to this designation for he purposes of order the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcript have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e. CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the Court, I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __ **4/06/06** __          Estimated Date for Completion __ **05/13/06** __

Signature of Attorney _____[signature]_____          Phone Number __ **(907) 279-5001** __

Address **Allison Mendel, Mendel & Associates, 431 W. 7th Ave., Suite 101, Anchorage, AK 99501,**
**Email: amendel-mendel@gci.net**

### Section B – To Be Completed by Court Reporter

I, _____, have received this designation.
     (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____   Due Date _____

### Section C – To be Completed by Court Reporter

   Date transcript Filed _____   Court Reporter's Signature _____

(Transcript.des 11/96)