RECEIVED
APR 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v Gregory Anthony Rendon-Duarte
Court of Appeals No. (leave blank if unassigned):   6-30200
U.S. District Court Judge Name and Case No.: Ralph R Beistline 3:05-cr-00087-RRB
Date Complaint/Indictment/Petition Filed: 9/21/2005
Date Appealed Order/Judgment *entered*: 3/14/2006
Date NOA *filed*: 3/21/2006
Court Reporter(s) Name and Phone Number: Tina J Grothause (907)451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _     Date Docket Fee billed: _
Date FP granted: _          Date FP denied: _
Is FP pending? no           Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Allison Mendel | Kevin Feldis U.S. Attorney's Office |
| 431 W 7th St Ste 101 | 222 W 7th Ave #9 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| (907)271-5071 | (907)279-5001 |

_retained  X_ CJA  __FPD  __FPD  __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: X_
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _      9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
(907)451-5791