UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 10/02/06

To: United States Court of Appeals            ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                       (xx) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103           ( )JUDGE

From:  Shari Fuhrer
       United States District Court for Alaska
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513


DC No: 3:05-cr-00087 - RRB            Appeal No: 06-30200

Short title: USA v Rendon-Duarte

Composition of Record

Clerk's Files in 2 volumes    (xxx) original   ( ) certified copy

    Bulky docs. ____ volumes, docket # _____
                      (folders)

Reporter's   in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes  ( ) under seal

             in _____ boxes      ( ) under seal

Other: **1 SEALED VOLUME (dkt 24, 40C and 47)**
**NOTE; Documents 52-89 are electronic and available through PACER**
**(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)


Acknowledgement: _____   Date: _____
"record.app" [11/21/97]