UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 10/02/06

To: United States Court of Appeals
   For the Ninth Circuit
   Office of the Clerk
   95 Seventh Street
   San Francisco, California 94103

ATTN: ( ) CIVIL

(xx) CRIMINAL

( )JUDGE

From: Shari Fuhrer
   United States District Court for Alaska
   222 West 7th Avenue, #4
   Anchorage, Alaska 99513

*[RECEIVED OCT 30 2006 CLERK, U.S. … ANCHORAGE, ALASKA; FILED CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS stamps]*

DC No: 3:05-cr-00087 - RRB             Appeal No: 06-30200

Short title: USA v Rendon-Duarte

Composition of Record

Clerk's Files in 2         volumes    (xxx) original  ( ) certified copy

     Bulky docs. ____ volumes, docket # _____
                                (folders)

Reporter's in _____ volumes     (ENDFIELD
) original      (ENDFIELD
)certified copy
Transcripts

Exhibits:   in _____ envelopes   ( ) under seal

            in _____ boxes       ( ) under seal

Other: **1 SEALED VOLUME (dkt 24, 40C and 47)**
**NOTE; Documents 52-89 are electronic and available through PACER**
**(certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____  Date: 10/5/06
"record.app" [11/21/97]